UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**COMPASS BANK,**
    Plaintiff,

vs.    **CASE NO.:    8:17-mc-111-T30-MAP**

**ALEXIS ALFREDO ALARCON,**
    Defendant,

**FELD ENTERTAINMENT, INC.,**
    Garnishee.
_____

NOTICE OF CONTINUING WRIT OF
GARNISHMENT AND CERTIFICATE OF SERVICE

Pursuant to F.S. 77.055, you are hereby notified that a Continuing Writ of Garnishment Against Salary or Wages in this cause has been served on **FELD ENTERTAINMENT, INC.,** and a copy of the Garnishee's Answer that was received in Plaintiff's attorney's office on November 01, 2017, is attached hereto and by this referenced made a part hereof.

You must move to dissolve the Continuing Writ of Garnishment within 20 days after the date indicated on the Certificate of Service of this Notice if any allegation in the Plaintiff's Motion for Writ of Garnishment is untrue.

**DATED** this 1st day of November, 2017.    ROLFE & LOBELLO, P.A.

    */s/ Lawrence C. Rolfe*
    _____
    LAWRENCE C. ROLFE
    Fla. Bar No.:  164801
    Post Office Box 4400
    Jacksonville, Florida  32201-4400
    (904) 358-1666 / Fax:(904) 677-5836
    Primary E-Mail:  lcr@rolfelaw.com
    Secondary E-Mail: tmm@rolfelaw.com
    Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a copy hereof has been furnished, by U.S. Mail, to Alexis Alfredo Alarcon, 11150 Lost Creek Terrace #210, Bradenton, Florida 34211, this 1st day of November, 2017.

                                                                                              ROLFE & LOBELLO, P.A.

                                                                                              */s/ Lawrence C. Rolfe*

                                                                                             LAWRENCE C. ROLFE
                                                                                             Fla. Bar No.: 164801

tmm-20171884.001